

## 11TH COURT OF APPEALS

### EASTLAND, TEXAS

### JUDGMENT

Mitzie F. Tarin and Maria Flores,  * From the 161st District
Court of Ector County,
Trial Court No. B-126,827.

Vs. No. 11-11-00258-CV  * January 30, 2014

Eliazer Benavides, Belinda Benavides,  * Memorandum Opinion by Willson, J.
Enrique Rubio, Corina Rubio, and  (Panel consists of: Wright, C.J.,
Leland V. Maples,  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court insofar as it awarded attorney's fees to Eliazer Benavides and Belinda Benavides, and we render judgment that the parties are not entitled to attorney's fees. We affirm the judgment of the trial court in all other respects. The costs incurred by reason of this appeal are taxed 50% against Mitzie F. Tarin and Maria Flores and 50% against Eliazer Benavides and Belinda Benavides.